ACCEPTED
01-14-00966-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/29/2015 10:54:02 AM
CHRISTOPHER PRINE
CLERK

**01-14-00966-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

——————◆——————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/29/2015 10:54:02 AM

CHRISTOPHER A. PRINE
Clerk

**No. 1411387**
In the 338th District Court of
Harris County, Texas

——————◆——————

**ARKANDI MINNASSIAN**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

——————◆——————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 338th district court of Harris County, Texas, cause 1300894, *the State of Texas v. Arkadi Minassian*, appellant, was convicted of fraudulent use or possession of identifying information.

2. He was assessed punishment of confinement for 30 years in the Institutional Division of the Texas Department of Criminal Justice.

3. The State's brief is due on July 29, 2015.

4. An extension of time in which to file the State's brief is requested until August 28, 2015.

5. One previous extension has been requested by the State.

6. The facts relied upon to explain the need for this extension are:

Since my last motion for extension, I have filed a brief in cause number 01-14-00831-CR. I was in Austin from July 8 through July 9th to attend the disciplinary committee meeting regarding *In the Matter of Sondra Humphrey*, Cause No. CSR-15-06160-021. Additionally, I answer trial court questions from other prosecutors on a daily basis. Also, I was on vacation from July 23rd through July 28th. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until August 28, 2015 in which to file the State's brief in this case.

Respectfully submitted,
/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on July 29, 2015:

Douglas Durham
2800 Post Oak Boulevard, Suite 4100
Houston, TX 77056

/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas

Date: July 29, 2015